UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF MICHIGAN,         )<br>                           Plaintiff,         )<br>                                              )<br>-v-                                       )<br>                                              )<br>BRIAN ANDR'E WARREN,              )<br>                           Defendant.       )<br>                                              ) | No. 1:25-cv-761<br><br>Honorable Paul L. Maloney |

### JUDGMENT

The Court has denied Defendant Brian Warren's request to remove his 1995 state-court criminal action and has dismissed this lawsuit.  Therefore, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    July 16, 2025                                          /s/  Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge